# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ELSIE AKANNO, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-01054 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| MEDICAL CITY MCKINNEY, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 28, 2024, the Magistrate Judge entered the report recommending that Defendant Medical City McKinney's Motion to Dismiss Plaintiff's Original Complaint (Dkt. #4) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Medical City McKinney's Motion to Dismiss Plaintiff's Original Complaint (Dkt. #4) is hereby **GRANTED** and Plaintiff Elsie Akanno's claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff Akanno has fourteen (14) days after entry of this Memorandum Adopting Report and Recommendation to timely file an amended complaint or else Plaintiff's claims for disparate treatment based on race and religion and hostile work environment based on race and religion will be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE