# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ELSIE AKANNO, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-01054 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| MEDICAL CITY MCKINNEY, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #20) that Defendant Medical City McKinney's Motion to Dismiss (Dkt. #13) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Medical City McKinney's Motion to Dismiss (Dkt. #13) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff Akanno's claims against Defendant Medical City McKinney are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 17th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE